UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mikhail Alexeevich Kondrashov,

    Plaintiff,

v.                                      Case No. 16-14044

Commissioner of Social Security,        Sean F. Cox
                                                           United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING 2/12/18 REPORT AND RECOMMENDATION

Plaintiff filed this action seeking judicial review of Defendant's determination that he is not entitled to social security benefits for his mental impairments under 42 U.S.C. § 405(g). The Court referred the matter to Magistrate Judge Mona K. Majzoub for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) (Doc. # 3), after which the parties filed cross-motions for summary judgment (Doc. # 14, 15).

On February 12, 2018, Magistrate Judge Mazoub issued a Report and Recommendation (Doc. # 17) wherein she recommends that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections.  The Court hereby ADOPTS the February 12, 2018 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and that Defendant's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  March 2, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 2, 2018, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager